# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 4:08CR3002 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JESSE MIKAL ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion to Withdraw, filing 21. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Timothy P. Sullivan shall be permitted to withdraw as co-counsel of record for Mr. Anderson. **The Clerk is directed to remove Mr. Sullivan from all future ECF notifications in this case.**

Dated this 23rd day of January, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge