```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3002 |
| | ) | |
| v. | ) | |
| | ) | |
| JESSE MIKAL ANDERSON, JUAN RAMON RIOS TORRES, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

1. The motion to extend the deadline for filing pretrial motions filed by defendant Jesse Mikal Anderson, filing 34, is granted.

2. An evidentiary hearing on defendant Anderson's motion to suppress, filing 39, will be held before the undersigned on Wednesday, April 23, 2008 beginning at 1:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. The court has set aside two hours for this hearing.

3. Defendant Anderson, his counsel, and counsel for the government shall be present at this hearing.

4. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

5. As to all defendants, the trial of this case is continued until further order of the court following resolution of outstanding motions.

DATED this 28th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge