UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3002 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JESSE ANDERSON, | ) | |
| JUAN RAMON RIOS TORRES, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 23rd day of July, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On May 7, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1), 853, Title 18, United States Code, Sections 924(c), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendants' pleas of guilty to Counts I through IV of the Informations filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interests in the following were forfeited to the United States:

    a. New England firearm, 20 gauge, serial #462538;

    b. KBI rifle, serial #SK01345;

    c. Bersa .45 caliber handgun serial #647612;

    d. Colt Government Model .45 caliber handgun, serial #LJW005;

    e. Winchester Mode 94, 30-30 caliber rifle, serial #2170835;

    f. Ruger Mini-14 .223 caliber rifle, serial #195-22212;

g. $7,981.00 in United States currency.

2. On June 5, 12 and 19, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on July 21, 2008 (Filing No. 89).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the above-referenced properties, held by any person or entity, is hereby forever barred and foreclosed.

C. The above-reference properties, be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 23rd day of July, 2008.

BY THE COURT:

s/ *RICHARD G. KOPF*, JUDGE
United States District Court