IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3002 |
| V. | ) | |
| JESSE MIKAL ANDERSON, | ) | **JUDGMENT** |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered for the United States of America and against Jesse Mikal Anderson providing that he shall take nothing and his motion under 28 U.S.C. § 2255(filing 92) is denied and dismissed with prejudice.

July 28, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge